UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Gerard Joseph Bean

    v.                                   Civil No. 07-cv-328-SM

Northern NH Correctional
Facility, Warden

**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:  October 30, 2007

cc:    Gerard Joseph Bean, pro se