**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Gerard Joseph Bean

    v.                                    Civil No. 07-cv-328-JL

Warden, Northern New Hampshire
Correctional Facility

**O R D E R**

Pro se petitioner Gerard Joseph Bean has filed a "motion to add" (document no. 28). To the extent he seeks to amend his petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, I grant his motion.

Also filed is a "motion to postpone ruling" with regard to Bean's habeas corpus petition (document no. 29). To the extent he requests additional time in which to further amend his habeas corpus petition, I grant his motion. He is ordered to file an amendment within thirty (30) days from the date of this order.

To the extent Bean seeks a stay of proceedings and requests the court to hold his habeas corpus petition in abeyance pending his exhaustion of state remedies, he must notify the court in

writing and specifically request a stay of proceedings.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: July 23, 2008

cc:   Gerard Joseph Bean, pro se