UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Gerard Joseph Bean</u>

              v.                        Civil No. 07-cv-328-JL

<u>Northern NH Correctional FAcility, Warden</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 3, 2010. Further, as the petitioner has elected to forego claim #11, it is also dismissed, along with claims #1 and #9.

SO ORDERED.

March   30, 2010                      _____
                                          Joseph N. Laplante.
                                          United States District Judge

cc:    Gerard Joseph Bean, pro se