UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Gerard Joseph Bean</u>

        v.                 Civil No. 07-cv-328-JL

<u>Northern NH Correctional Facility, Warden</u>

## O R D E R

Plaintiff's Motion for the First Trial Transcript, Document #74, is granted. The deputy clerk has contacted Assistant Attorney General Elizabeth Woodcock and asked that she provide the Court with a copy. Attorney Woodcock has agreed to do so.

Once the Court receives this courtesy copy, it will provide the petitioner with a copy.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

September 15, 2010

cc:    Gerard Joseph Bean, pro se
        Elizabeth Woodcock, Esq.