```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

<u>Gerard Joseph Bean</u>

    v.                        Civil No. 07-cv-00328-JL

<u>Northern NH Correctional</u>
<u>Facility, Warden</u>

## **O R D E R**

The matter is taken under advisement.

What the court is interested in knowing whether, under state law, the petitioner is entitled to a copy of the Presentence Investigation Report in his case "for the asking" from either the Superior Court or from the Department of Corrections.  In other words, the court is not inclined to order production if the report is available to the petitioner at his request.  If it is not available upon a convicted defendant's request, the court needs to be apprised of what showing must be made, under state law, to entitle the petitioner to a copy of the report.

The parties shall so advise the court on or before November 29, 2010.


**SO ORDERED.**

                                                _/s/ Joe Laplante_____
                                                Joseph N. Laplante
                                                United States District Judge

Dated:  November 18, 2010

cc:  Gerard Joseph Bean, pro se
     Elizabeth C. Woodcock, Esq.