UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Gerard Joseph Bean</u>

            v.            Civil No. 07-cv-328-JL

<u>Northern NH Correctional Facility, Warden</u>

<u>O R D E R</u>

On March 30, 2011, the Court granted in part and denied in part the Defendant's Motion for Summary Judgment. As to Claim ##2 (pending portions), 5 and 6 as identified in Judge Muirhead's Report and Recommendation dated February 3, 2010, the Court orders that on or before May 31, 2011, the defendant file a brief addressing the pre-arrest and post-arrest statements to the police. The defendant will have 21 days thereafter to respond.

The Warden's brief shall not include citations to the record, but rather shall include as <u>exhibits</u> any portion of the record cited in the brief. Further, the brief shall identify the applicable standard of review, and identify all points in the state court record where each claim was addressed.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Dated: April 13, 2011

cc:    Gerard Joseph Bean, pro se
        Elizabeth Woodcock, Esq.