UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Gerard Bean</u>

   v.        Civil No. 07-cv-328-JL

<u>Northern NH Correctional Facility, Warden</u>

O R D E R

  Petitioner has filed a pleading entitled "Motion to Appeal Motion for Postponement" (doc. no. 130). This pleading, like various others submitted by the Petitioner, is difficult to interpret and does not clearly state the desired relief. To the extent this pleading is intended to be another request for reconsideration, that request is DENIED. To the extent the Petitioner intended this pleading to serve as a motion to extend the time to file a Notice of Appeal pursuant to Fed. R. App. P. 4(a)(5)(A)(i), that motion is GRANTED. The Petitioner has until June 1, 2012, to file both a Notice of Appeal and a request for the First Circuit Court of Appeals to issue a certificate of appealability. See Fed. R. App. P. 22(b).

  SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

May 8, 2012

cc: Gerard Bean, pro se
   Elizabeth Woodcock, Esq.