## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Gerard Bean

      v.                                      Civil No. 07-cv-328-JL

Northern NH Correctional Facility, Warden

### ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

Attachments N, H and P to plaintiff's Notice of Appeal in the above-captioned case contain one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Attachments N, H and P. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Attachments N, H and P to plaintiff's Notice of Appeal, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

                                                */s/ Landya B. McCafferty*
                                                Landya B. McCafferty
                                                United States Magistrate Judge

Date: June 7, 2012

cc:     Gerard Bean, pro se
          Elizabeth Woodcock, Esq.